[No. 15295-9-II.   Division Two.   February 4, 1994.]

ROBERT O. WEST, ET AL, *Respondents*, v. DONALD H. PARSONS, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 89-2-02112-6, Daniel J. Berschauer, J., entered

August 5, 1991. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Alexander, J.